UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. MJ 14-112 |
| Plaintiff, ) | ED/CA No. MJ 14-0064 |
| ) | |
| v. ) | |
| ) | DETENTION ORDER |
| NICHOLAS TEAUSANT, ) | |
| ) | |
| Defendant. ) | |
| ) | |

<u>Offense charged</u>:    Attempting to Provide Material Support or Resources to a Foreign Terrorist Organization

<u>Date of Detention Hearing</u>:    March 17, 2014.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

/ / /

DETENTION ORDER
PAGE -1

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant is charged by Complaint in the Eastern District of California with Attempting to Provide Material Support or Resources to a Foreign Terrorist Organization. He was arrested while allegedly traveling to Vancouver, Canada by bus.

2. Defendant was not interviewed by Pretrial Services and does not request a full detention hearing in this District. He has waived a Rule 5 hearing and agreed to be transferred to the Eastern District of California to address the charges.

3. Defendant poses a risk of nonappearance due to a lack of verified background information, a lack of known ties to this District, and the nature of the charges. He poses a risk of danger due to the nature of the charges.

4. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection

with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 17th day of March, 2014.

Mary Alice Theiler
Chief United States Magistrate Judge